2 hr 10 min

DOCKET No. **15 Mag 3562**   DEFENDANT: **Francis Lorenzo**

AUSA **Dan Richarthal**   DEF.'S COUNSEL **Brian Bieber**
☒ RETAINED   ☐ FEDERAL DEFENDERS   ☐ CJA

☐ _____ INTERPRETER NEEDED   ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.   DATE OF ARREST _____   ☐ VOL. SURR.
☒ Other: **Bail Hearing**   TIME OF ARREST _____   ☐ ON WRIT
TIME OF PRESENTMENT _____

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $ _____ PRB
☐ _____ FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION   ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

[U.S. DISTRICT COURT FILED OCT 09 2015 S.D. OF N.Y.]

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

**Bail conditions on attached sheet.**

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED   ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED   ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING **11-5-15**   ☒ ON DEFENDANT'S CONSENT

DATE: **10/9/15**   _____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2

<u>U.S. v. Francis Lorenzo, 15 Mag. 3562</u>

**Bail Conditions**

1. $2,000,000 PRB

    cosigned by Lorenzo's mother, brother who resides in US, both sisters who reside in U.S. and 5 financially responsible persons, <u>and</u>

    secured by $500,000 cash, and the Riverdale property in which the mother resides and the residence of Mr. Battress.

2. Home detention with electronic monitoring; defendant to reside with mother.

3. Defendant to execute a document waiving all immunity (if any) from prospective arrests.

4. Defendant to consent to an order freezing the Africa ICT account.

5. Travel limited to the SDNY and EDNY.

6. Surrender of all travel documents and no new applications. Mother, the brother who resides in US and both sisters to surrender their passports and to agree not to seek new passports.

7. Strict pretrial supervision.

8. Defendant not to have contact with co-defendants except in the presence of counsel.

9. Defendant not to transfer any money outside the United States.

10 - Defendant not to be released until all bail conditions are met.

SO ORDERED

[signature]
USMJ 10-9-15