

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 3/30/2016

The status conference scheduled for April 8, 2016 is hereby rescheduled for May 5, 2016 at 12:45 p.m. in courtroom 519 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, because it will allow the defendants time to complete review of the discovery, and determine whether pretrial motions are appropriate, and the Government time to finalize its decision to seek a superseding indictment. Accordingly, it is further ordered that the time between April 8, 2016 and May 5, 2016 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

**BY ELECTRONIC MAIL**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **United States v. John Ashe, Ng Lap Seng and Jeff Yin,**
    **15 Cr. 706 (VSB)**

Dear Judge Broderick:

The Government respectfully writes to request a one month adjournment of the next pretrial conference, currently scheduled for April 8, 2016. Given ongoing discussions between John Ashe's counsel and the Government concerning the appropriateness of a superseding indictment containing additional charges against Mr. Ashe, the Government believes a short adjournment of the pretrial conference will benefit the parties and the Court. An adjournment will allow the Government to finalize its decision whether to seek a superseding indictment at this time, and will allow the parties to be better prepared to address potential motions at the next appearance before the Court.

Counsel to John Ashe, Ng Lap Seng and Jeff Yin consent to this request and to the exclusion of time under the Speedy Trial Act until the next conference, which is in the interest of justice as it will allow the defendants to continue to review the voluminous discovery and consider motions. Your Honor's deputy has advised that the Court is available on May 5, 2016 at 12:45 pm, at which time the Government and the defendants are also available, although Ms.

Honorable Vernon S. Broderick
United States District Judge
March 29, 2016
Page 2

Shroff has indicated her client may waive his appearance at the next conference. Accordingly, the Government respectfully requests that the next pretrial conference be adjourned to May 5, 2016, 12:45 pm, and that time be excluded until May 5, 2016.

        Respectfully submitted,

        PREET BHARARA
        United States Attorney

By:   s/ Janis Echenberg
       Janis Echenberg/Rahul Mukhi/Daniel C. Richenthal
       Assistant United States Attorneys
       (212) 637-2597/1581/2109

cc: Counsel to John Ashe, Ng Lap Seng and Jeff Yin