USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA, :

- v. - :

JOHN W. ASHE, :

Defendant. :

- - - - - - - - - - - - - - - - x

NOLLE PROSEQUI

15 Cr. 706 (VSB)

1. The filing of this nolle prosequi will dispose of this case with respect to the defendant JOHN W. ASHE.

2. On October 20, 2015, Indictment 15 Cr. 706 was returned and assigned to the Honorable Vernon S. Broderick. The Indictment charged JOHN W. ASHE with two counts of subscribing false and fraudulent U.S. individual income tax returns, in violation of Title 26, United States Code, Section 7206(1) and Title 18, United States Code, Section 2.

3. On June 22, 2016, while the above-captioned case was pending, but prior to any trial or other pre-trial disposition, JOHN W. ASHE died. Attached hereto as Exhibit A is a true and correct copy of a death certificate for the defendant, which is being filed under seal.

4. In light of the foregoing, I recommend that an order of nolle prosequi be filed as to defendant JOHN W. ASHE.

Janis M. Echenberg
Assistant United States Attorney
(212) 637-2597

Dated: New York, New York
July 6, 2016

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant JOHN W. ASHE with respect to Indictment 15 Cr. 706.

PREET BHARARA
United States Attorney
Southern District of New York

Dated: New York, New York
July 6, 2016

SO ORDERED:

HONORABLE VERNON S. BRODERICK
United States District Judge
Southern District of New York

Dated: New York, New York
July 7, 2016