**PARK JENSEN BENNETT LLP**
40 WALL STREET
NEW YORK, NEW YORK 10005

(646) 200 - 6300
WWW.PARKJENSEN.COM

TAI H. PARK
TPARK@PARKJENSEN.COM
DIRECT DIAL (646) 200-6310
TELECOPIER (646) 200-6311

September 5, 2016

**ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    United States v. Ng Lap Seng and Jeff C. Yin,
                S4 15 Cr. 706 (VSB)

Dear Judge Broderick:

      On behalf of Defendant Ng Lap Seng, we write to request time to file a reply brief in response to the government's opposition to Defendant's motion to compel discovery (which the government filed on August 31) and to request that the Court schedule oral argument on the motion. Since Defendant Ng's motions are due on September 12, we respectfully request to have until September 19 to file our reply brief in support of our motion to compel.

                                                                   Very truly yours,

                                                                   Tai H. Park

cc: All counsel of record