# Park Jensen Bennett LLP

40 Wall Street
New York, NY 10005

(646) 200 - 6300
www.parkjensen.com

Tai H. Park
tpark@parkjensen.com
Direct dial (646) 200-6310
Direct fax (646) 200-6311

September 9, 2016

BY ECF

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    United States v. Ng Lap Seng and Jeff C. Yin,
               S4 15 cr. 706 (VSB)

Dear Judge Broderick:

     Please find enclosed a letter we received today from Daniel Gitner indicating that, while he does represent the United Nations, he is not authorized by his client to appear in Court as invited by Your Honor. As we expect to discuss more fully on Monday, we have been in touch with Mr. Gitner in connection with our request to the UN for access to relevant documents. We recently submitted another letter to the UN that sought to prioritize our previous request for documents from the UN. As per Mr. Gitner's suggestion, we have transmitted the letter to the U.S. Mission to the UN. We look forward to discussing these matters and the other agenda items directed by the Court at the conference on Monday.

                                      Respectfully submitted,

                                      Tai H. Park

Cc:    Mr. Ng Lap Seng,
         All counsel of record

# LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX     (212) 764-3701

September 9, 2016

**BY EMAIL**

Tai Hyun Park, Esq.
Park Jensen Bennett LLP
40 Wall Street 41st Floor
New York, NY 10005

Daniel Charles Richenthal
Assistant United States Attorney
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007

    Re:   *United States v. Ashe et al.*, 1:15-cr-00706-VSB

Dear Messrs. Park and Richenthal:

    I am in receipt of Judge Broderick's Order, dated September 8, 2016, providing

[The Court's] understanding from the submissions of the parties in connection with Defendant Ng's motion to compel discovery is that Daniel M. Gitner of Lankler Siffert & Wohl LLP is representing the United Nations in connection with matters related to this case. In light of Mr. Gitner's apparent representation, I request that the parties contact Mr. Gitner to inquire whether his representation would include matters related to Defendant Ng's document requests to the United Nations, and if so whether his schedule would permit him to attend our conference on Monday, September 12, 2016 at 12:15 p.m. By issuing this Order, I am not directing that Mr. Gitner appear nor would I consider his appearance as impacting his client's rights as it relates to any claim of immunity; however, I believe his presence could facilitate our discussion of Mr. Ng's motion. If Mr. Gitner is not representing the United Nations with regard to Defendant Ng's request for documents, I ask that the parties invite whoever might be representing the United Nations in that capacity.

D.E. 266.

LANKLER SIFFERT & WOHL LLP

      I have been engaged by the United Nations for the limited purpose of advising the Organization in connection with this case, but I have not been authorized to appear in Court on behalf of the United Nations. For that reason, as well as reasons related to principles of international law, my client has instructed me not to appear in Court on September 12, 2016. I understand, however, that the United Nations has taken steps through diplomatic channels to address the Court's request.

                                    Yours truly,

                                      Daniel M. Gitner

Courtesy Copy (by Hand):

Hon. Vernon S. Broderick

cc: (via email)

AUSA Janis M. Echenberg
AUSA Douglas S. Zolkind
Hugh H. Mo, Esq.
Alexandra Shapiro, Esq.
Christopher Greer, Esq.
Sabrina P. Shroff, Esq.
Allegra Glashausser, Esq.