# Park Jensen Bennett LLP

40 Wall Street
New York, New York 10005

(646) 200 - 6300
www.parkjensen.com

Tai H. Park
tpark@parkjensen.com
Direct dial (646) 200-6310
Telecopier (646) 200-6311

September 20, 2016

**ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

>   Re:   United States v. Ng Lap Seng and Jeff C. Yin,
>         S4 15 Cr. 706 (VSB)

Dear Judge Broderick:

     On behalf of Defendant Ng Lap Seng, we write to seek leave to seal our supplemental letter dated September 20, 2016 ("Confidential Letter") to clarify an argument in the Reply Memorandum of Law In Support of Mr. Ng's Motion to Compel discovery of the Internal Government Documents ("Reply Brief").  In its Order (Docket No. 287) earlier today, the Court granted us leave to filed Exhibit A of our Reply Brief, a confidential FISA intercept that the government produced to the defense, under seal.  Since the Confidential Letter describes Exhibit A in detail, we believe it too should be filed under seal.

Very truly yours,

Tai H. Park

cc: All counsel of record