

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 23, 2016

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States* v. *Ng Lap Seng and Jeff C. Yin*,
              S4 15 Cr. 706 (VSB)

Dear Judge Broderick:

      The Government respectfully writes in the above-captioned matter to request a three business day adjournment (from today to Wednesday, September 28) of the present deadline for it to file proposed redactions to the post-arrest interviews of the defendants, and a letter setting for the bases for those redactions, to permit additional time for the Government (1) to determine appropriate redactions in light of the length of the interviews and that they both name or identify multiple third-parties and (2) to provide its proposed redactions to counsel for the defendants prior to filing, and confer regarding those redactions, if counsel for the defendants so request. Accordingly, the Government proposes that it file its submission no later than September 28, 2016, and that the defendants' responses, if any, be filed no later than October 5, 2016. Counsel for the Government contacted counsel for the defendants yesterday afternoon concerning this request, and has not as of yet heard back as to whether they consent to this request.

                      Respectfully submitted,

                      PREET BHARARA
                      United States Attorney

      By:    <u>s/ Daniel C. Richenthal</u>
              Janis M. Echenberg
              Daniel C. Richenthal
              Douglas S. Zolkind
              Assistant United States Attorneys
              (212) 637-2597/2109/2418

cc:    (by ECF)

      All counsel of record