# Lowenstein Sandler LLP

**Michael B. Himmel**
Partner

1251 Avenue of the Americas
New York, NY 10020
T   646-414-6904
F   973 597 6173
mhimmel@lowenstein.com

November 30, 2016

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J.  12/1/2016

**Re:    United States v. Heidi Hong Piao, 15-cr-706 (VSB)**

Dear Judge Broderick:

This law firm represents Heidi Hong Piao in the above-referenced matter. We write with respect to Ms. Piao's bail conditions, specifically her Pretrial Services supervision.

Pretrial Services (via Officer Michael Jones) suggested and consents to modifying Ms. Piao's current "Strict" Pretrial Services supervision to "Regular" Pretrial Services supervision. This modification would require that Ms. Piao report to Pretrial Services once per month as opposed to reporting twice per month. The Government (via Assistant U.S. Attorney Daniel Richenthal) does not object to the proposed modification. Pretrial Services will determine the manner by which Ms. Piao will continue to check in. All other bail conditions shall remain in effect.

Respectfully yours,

/s/ Michael B. Himmel

Michael B. Himmel


cc:     Daniel Richenthal, Assistant U.S. Attorney (via ECF)
        Janis Echenberg, Assistant U.S. Attorney (via ECF)
        Michael R. Jones, Pretrial Services (via Email)