**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 15, 2017

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

Re:   **United States v. Jeff C. Yin, et. al.,**
      Docket No. 15 cr. 706 (VSB)

Honorable Judge Broderick:

    We represent Mr. Jeff Yin in connection with the above-referenced matter and write in connection with Mr. Yin's motion to suppress. We are writing to respectfully request the opportunity to present oral argument on this motion.

    Thank you for your consideration of this request.

                                                Respectfully submitted,

                                                             /s/
                                                  Allegra Glashausser
                                                  Sabrina P. Shroff
                                                  Counsel for Jeff Yin

cc:   All counsel of record (via ECF)