# THE LAW FIRM OF HUGH H. MO, P.C.

225 BROADWAY, 27TH FLOOR
NEW YORK, NEW YORK 10007
(212) 385-1500
FAX: (212) 385-1870 / EMAIL: hhmo8@verizon.net

April 21, 2017

**Via ECF**

Hon. Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Ng Lap Seng
Case No. S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

We are counsel to Ng Lap Seng in the above-referenced matter. We hereby request the Court's authorization for the following personal of Guidepost Security to retain their cellphones when they are accompanying Ng Lap Seng attendance in all proceedings at the Courthouse for security purposes:

Brendan Finn
James Matuozzi
Robert Prindle
Brian McNulty
Michael Carney
Patrick Cassidy

We respectfully request the Court to so Order our letter request. Thank you for your consideration.

Respectfully submitted,

Hugh H. Mo

HHM:rw

Cc: All Counsel of Record via ECF

Counsel is directed to complete and submit by email to the chambers inbox an electronic device order indicating the names of the Guidepost Security Officers wishing to bring in their cell phones. In addition, counsel shall also list the model and make of each cell phone.

SO ORDERED:

HON. VERNON S. BRODERICK 4/24/2017
UNITED STATES DISTRICT JUDGE