*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 26, 2017

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse, Room 415
40 Foley Square
New York, New York 10007

    Re:    *United States* **v.** *Ng Lap Seng*,
                  **S5 15 Cr. 706 (VSB)**

Dear Judge Broderick:

      The Government respectfully submits this letter in the above-captioned matter to request that the trial be adjourned by one month, to June 26, 2017, and that time be excluded under the Speedy Trial Act between the current trial date and the new trial date to permit the Government to prepare and submit a motion under the Classified Information Procedures Act -- once authorized by the relevant authorities -- and for the Court to consider such a motion. If the Government's adjournment request is granted, the Government also respectfully requests that Government's response to the defendant's letter brief, which is presently due May 28, 2017 at 2 p.m., be adjourned to Monday, June 5.

Honorable Vernon S. Broderick
United States District Judge
May 26, 2017
Page 2

    The Government has advised defense counsel of this request and defense counsel has asked the Government to inform the Court that the defendant seeks a telephonic conference with the Court as soon as possible.

                                              Respectfully submitted,

                                              JOON H. KIM
                                              Acting United States Attorney

                      By:    <u>s/ Daniel C. Richenthal</u>
                                              Daniel C. Richenthal
                                              Janis M. Echenberg
                                              Douglas S. Zolkind
                                              Assistant United States Attorneys
                                              (212) 637-2109/2597/2418

                                              ANDREW WEISSMANN

                                              Chief, Fraud Section
                                              Criminal Division
                                              U.S. Department of Justice

                    By:    <u>s/ David A. Last</u>
                                                David A. Last
                                              Trial Attorney
                                              (202) 616-5651


cc:    (by ECF)

        All Counsel of Record