# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 30, 2017

VIA ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Jeff C. Yin
     15 Cr. 706 (VSB)

Hon. Judge Broderick:

    Our office represents Mr. Yin in the above-referenced case. I write pursuant to 18 U.S.C. § 4285, to request your Honor sign the enclosed order directing the U.S. Marshals Service to arrange for and fund Mr. Yin's round trip travel between New York, New York and Yorba Linda, California for his Presentence Interview, scheduled for June 26, 2017 at 11 AM.

    Mr. Yin is indigent and we ask that the Court Order the United States Marshals Service to arrange for and fund Mr. Yin's travel to the Southern District of New York.

    Thank you for your consideration of this request.

                        Respectfully submitted,

                        /s/
                        Sabrina Shroff
                        Allegra Glashausser
                        Assistant Federal Defenders
                        212-417-8713

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **TRANSPORTATION ORDER** |
| | | **15 Cr. 706 (VSB)** |
| - v - | : | |
| JEFF C. YIN | : | |
| Defendant. | : | |

```
------------------------------------x
```

Upon the application of **Jeff Yin**, by his attorneys, **Sabrina Shroff, Esq. and Allegra Glashausser, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Jeff Yin with funds to cover the cost of roundtrip airfare between Yorba Linda, California and New York, New York for Mr. Yin's upcoming appearance in the United States District Court, Southern District of New York on Monday, June 26, 2017 at 11 AM, to arrive in New York, NY no later than 7AM on April 7; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York  
       May __, 2017

**SO ORDERED:**

_____

HONORABLE VERNON S. BRODERICK  
United States District Judge