*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 31, 2017

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse, Room 415
40 Foley Square
New York, New York 10007

    Re:    *United States* **v.** *Ng Lap Seng*,
                **S5 15 Cr. 706 (VSB)**

Dear Judge Broderick:

      The Government respectfully submits this letter in the above-captioned matter in response to the defendant's letter of yesterday (Docket Entry No. 511 ("Def. Ltr.")) concerning the Government's request for the Court to exclude time in the interest of justice under the Speedy Trial Act between May 30, 2017 and the new trial date.

      For the reasons previously set forth by the Government, it is entirely appropriate for the Court to exclude time in the interest of justice pursuant to 18 U.S.C. § 3161(h)(7)(A). We write simply to note that, regardless of any exclusion under Section 3161(h)(7)(A), the Speedy Trial clock has already been tolled under Section 3161(h)(1)(D) as a result of the parties' motions *in limine* that remain pending. "[T]he filing of a pretrial motion falls within [Section 3161(h)(1)(D)] irrespective of whether it actually causes, or is expected to cause, delay in starting a trial." *United States* v. *Tinklenberg*, 563 U.S. 647, 650 (2011). The exclusion of time lasts from the day the motion is filed until it is taken under advisement by the Court, and pursuant to Section 3161(h)(1)(H), time remains excluded for the first thirty days that such motion is under advisement. *See United States* v. *Bert*, 814 F.3d 70, 78 (2d Cir. 2016); *see also, e.g.*, *Williams* v. *United States*, 123 F. Supp. 2d 100, 106 (E.D.N.Y. 2000) (motion *in limine* resulted in automatic exclusion of time under the Speedy Trial Act); *United States* v. *Bloate*, 655 F.3d 750, 753 (8th Cir. 2011) ("The time while a motion *in limine* is pending is excludable under the Speedy Trial Act."); *United States* v. *Jernigan*, 341 F.3d 1273, 1286 (11th Cir. 2003) (Speedy Trial clock was tolled from filing of defendant's motion *in limine* until trial, when district court was able to hear evidence necessary to rule on motion); *United States* v. *Sposito*, 106 F.3d 1042, 1044 (1st Cir. 1997) ("[M]otions *in limine* are 'pretrial motions' for the purposes of section 3161(h)(1)[D], implying that the filing of such a motion tolls the [Speedy Trial] clock.").

Honorable Vernon S. Broderick
United States District Judge
May 31, 2017
Page 2

           Respectfully submitted,

           JOON H. KIM
           Acting United States Attorney

By:  s/ Douglas S. Zolkind
    Daniel C. Richenthal
    Janis M. Echenberg
    Douglas S. Zolkind
    Assistant United States Attorneys
    (212) 637-2109/2597/2418

    ANDREW WEISSMANN

    Chief, Fraud Section
    Criminal Division

By:  s/ David A. Last
    David A. Last
    Trial Attorney
    (202) 616-5651

cc:  (by ECF)

   All Counsel of Record