```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6_/_1_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                  :

UNITED STATES OF AMERICA,              :

              -v-                                 :        S5 15-CR-706 (VSB)

NG LAP SENG                            :
    a/k/a "David Ng,"                    :        **ORDER**
    a/k/a "Wu Liseng,"                 :
    a/k/a "Boss Wu,"                    :

                    Defendant.    :

-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On May 31, 2017, I issued an Order noting that, by email dated May 28, 2017 and after Defendant stated that he would not oppose the Government's request, I granted the Government's request for an adjournment of the trial until June 26, 2017, to allow the Government the opportunity to submit a motion under the Classified Information Procedures Act ("CIPA") once authorized by the relevant authorities.  (Doc. 514.)  In light of the impending trial, it is hereby:

       ORDERED that the Government submit a letter, on or before June 16, 2017, providing a status update with respect to its anticipated motion under CIPA.

1

SO ORDERED

Dated: June 12, 2017
          New York, New York

_____
Vernon S. Broderick
United States District Judge