```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA,              :

            -against-                  :          S5 15-CR-706 (VSB)

                                              :             **ORDER**
NG LAP SENG                          :
   a/k/a "David Ng,"
   a/k/a "Wu Liseng,"
   a/k/a "Boss Wu,"

                        Defendant.
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      In observance of the Independence Day holiday, the courthouse is scheduled to be closed on July 3 and July 4, 2017. While my Individual Rules indicate that I will not sit on Fridays for trials scheduled to last more than one week, in light of the holiday and scheduled courthouse closings, trial in this matter will include the days of Friday, June 30, and Friday, July 7, 2017.

      After July 7, 2017, I will resume my normal trial practice in this matter and sit on Monday through Thursday.

SO ORDERED.

Dated:    June 12, 2017
             New York, New York

                                                           _____
                                                            Vernon S. Broderick
                                                            United States District Judge