```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                    -v-                                     :
                                                            :         S5 15-CR-706 (VSB)
NG LAP SENG                                                 :
       a/k/a "David Ng,"                                    :         ORDER
       a/k/a "Wu Liseng,"                                   :
       a/k/a "Boss Wu,"                                     :
                                                            :
                                  Defendant.                :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2017
```

VERNON S. BRODERICK, United States District Judge:

On June 19, 2017, I held an ex parte conference with counsel for Defendant Ng Lap Seng so that defense counsel could brief the Court regarding certain aspects of Mr. Ng's anticipated defenses in light of the then-anticipated second motion to be made by the Government under the Classified Information Procedures Act, 18 U.S.C. app. 3. During that conference, Defendant notified the Court that he intended to submit a letter, which was delivered on June 20, 2017. It is hereby

ORDERED that Defendant may not file the entire letter under seal.

IT IS FURTHER ORDERED that Defendant submit to Chambers, by close of business on June 21, 2017, a proposed redacted version of the letter, redacting information related to Defendant Ng's anticipated defenses. If there is other material Defendant believes should be redacted, those materials should also be redacted, but counsel should submit a letter justifying those redactions.

1

SO ORDERED

Dated:   June 21, 2017
         New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge