**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 27, 2017

VIA ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

Re:   United States v. Jeff C. Yin
      15 Cr. 706 (VSB)

Hon. Judge Broderick:

    I write seeking modification of the bail set for Jeff Yin. Current bail conditions require Mrs. Yin's passport remain with pre-trial services. As Mrs. Yin wishes to visit her family in China, we ask that the bail conditions be modified so that she may retrieve her passport from pre-trial for her own use. Please note that her current passport has expired, but she needs it to get a new one issued. Mrs. Yin plans to travel during the month of December and return to California in early January. Pre-trial services officer Joshua Rothman consents to this modification.

    All other conditions of release would remain the same. Thank you for the consideration of this request.

                                   Respectfully submitted,

                                       /s/
                                   Sabrina Shroff
                                   Allegra Glashausser
                                   Assistant Federal Defenders
                                   212-417-8713